UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MINA GAIL BRIDGES                           CIVIL ACTION NO. 05-1797

versus                                      JUDGE HICKS

COMMISSIONER OF THE SOCIAL                  **REFERRED TO:**
SECURITY ADMINISTRATION                     **MAGISTRATE JUDGE HORNSBY**

# J U D G M E N T

In accordance with the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is **REVERSED**, and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 2nd day of March, 2007.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE